FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On December 1, 2021, we ordered appellant to file a written response that presented a reasonable explanation for: (1) appellant's failure to file the notice of appeal in a timely manner; and (2) appellant's failure to comply with a previous order of this court. We cautioned appellant that if he did not comply with our December 1, 2021 order, we would dismiss this appeal for want of prosecution. On December 13, 2021, appellant filed a satisfactory response. Accordingly, we will retain this appeal on our docket.

The reporter's record was originally due May 17, 2021 and was not filed. On May 15, 2021, court reporter Mary Scopas filed a notification of late record stating that appellant had neither requested the record nor paid the court reporter's fee for preparing the record. We therefore **ORDER** appellant Nasser Nakissa to provide written proof to this court **by December 27, 2021** that:

(1) he has requested the court reporter to prepare the reporter's record, which request must be in writing and designate the portions of the proceedings and the exhibits to be included, TEX. R. APP. P. 34.6(b)(1); and
(2) he has paid or made arrangements to pay the reporter's fee or is entitled to appeal without paying the reporter's fee, TEX. R. APP. P. 35.3(b)(3).

If appellant fails to respond within the time provided, his brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues

FILE COPY

or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

                                            Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.

                                            MICHAEL A. CRUZ, Clerk of Court